UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:15-cv-10631-LTS

SHEILA THOMPSON

V.

ZWICKER and ASSOCIATES

<u>CLOSING ORDER</u>

APRIL 23, 2015

SOROKIN, D.J.

    In accordance with the Stipulation of Dismissal (Docket #7) filed on April 21, 2015, this case is hereby closed.

                                             /s/ Leo T. Sorokin
                                             United States District Judge